MARSHALL VAN WINKLE, complainant-respondent,

*v.*

HENRY C. STENECK and GEORGE W. STENECK, defendants-appellants; JOHN J. FALLON, SEABOARD TRUST COMPANY and FRED A. SEIDE, defendants-respondents.

[Argued February 8th, 1937.   Decided April 30th, 1937.]

*Mr. Marshall A. Van Winkle, pro se,* for the complainant-respondent.

*Mr. L. Edward Herrmann,* for the defendants-appellants.

*Mr. J. Emil Walscheid,* for the defendant-respondent John J. Fallon.

*Messrs. Burke, Sheridan & Hourigan,* for the defendant-respondent Seaboard Trust Company.

*Messrs. Lichtenstein,. Schwartz & Friedenberg,* for the defendant-respondent Fred A. Seide.

PER CURIAM.

We agree with the conclusions reached by the court below and the decree appealed from is affirmed.

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   14.

*For reversal*—None.